IN THE MATTER OF THE TRUSTEES OF THE VILLAGE OF COLLEGE POINT, RESPONDENTS, *v.* ALBION K. P. DENNETT, AND OTHERS, APPELLANTS.

*Commission to take land — what evidence admissible to show value of.*

The respondents instituted proceedings, under chapter 609, Laws of 1873, to acquire the right to divert and use a portion of the water flowing into a lake owned by the appellants. Upon the hearing before the commissioners, the appellants, in order to show the value of the lake as a source of water supply to cities and villages, asked a question, to show that but one other pond, suitable for such a supply, existed within a radius of six miles. This question was objected to and excluded. Upon appeal from the order confirming the report of the commissioners, *held*, that the rejection of this evidence was error. The commissioners could not limit the value of the pond proposed to be taken, to what it was worth as a mill pond or as an ice pond; if it had a greater value for any other purpose, the owners were entitled to receive such value for it.

APPEAL from an order, confirming the appraisal and report of the commissioners in the above proceeding.

*L. Bradford Prince,* for the appellants.

*E. B. Hinsdale,* for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Report set aside, and new appraisal ordered.